# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ISREAL SANCHEZ,

    *Plaintiff/Petitioner*

v.

JEFFREY UTTECHT,

    *Defendant/Respondent*

Civil Action No. CV-12-5106-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Isreal Sanchez's Amended Petition for Writ of Habeas Corpus, ECF No. 6, is DENIED on the merits. Judgment is hereby entered in favor of Respondent Jeffrey Uttecht.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: May 27, 2014

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
    *(By) Deputy Clerk*

Penny Lamb